January 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

## NO. 15-24-00002-CV

---

LEO GRAVES AND SHERIL SLADE, Appellants

V.

TEXAS EDUCATION AGENCY, CARTHAGE INDEPENDENT SCHOOL
DISTRICT, AND CARTHAGE JR. HIGH SCHOOL, Appellees

---

Today the Court heard Appellees' joint motion to dismiss for want of prosecution. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellants, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 16, 2025.

Panel Consists of Justices Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.